# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

FELIPE A MARTINEZ ROSARIO

Case No. 10-06355-BKT

Chapter 13    Attorney Name: JOSE PRIETO CARBALLO ESQ*

---

**I. Appearances**

| | | |
|---|---|---|
| Debtor | [ ✓] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [ ✓] Present | [ ] Absent |

[ ] Pro-se

[ ] Substitute _____

Date: August 17, 2010

Time: _2:24_   Track: _005_

[ ✓] This is debtor(s) _2nd_ Bankruptcy filing.

Liquidation Value: _____

Creditors

_Nereida Lopez - DSO - Pro Se_

_____

_____

**II. Oath Administered**
[ ✓] Yes        [ ] No

---

**III. Documents Filed/Provided**

[ ✓] Schedules

[ ✓] Statement of Financial Affairs (SOFA)

[ ✓] Statement of Current Monthly Income (SCMI)

[ ✓] Credit counseling briefing certificate (CCC)

   [ ] Waiver requested by debtor(s)

[ ✓] DSO Certificate _August_

[ ] DSO Recipient's information _/ missing_

[ ] State Tax Returns _____ [ ] Returned

[ ] Federal Tax Returns _____ [ ] Returned

[ ✓] Evidence of income (60 days prior to petition)

_S C 2781 - not axable_
_ou -09_

---

**IV. Status of Meeting**   [ ✓] Closed        [ ] Not Held        [ ] Continued _____ at _____

---

**V. Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ✓] UNFAVORABLE

[ ] Feasibility

[ ] Insufficiently funded

[ ] Unfair discrimination

[ ] Fails liquidation value test

[ ] Fails disposable income test  (I & J)

[ ] No provision for secured creditor(s)

_____

_____

[ ] Treat value of collateral separately

[ ] No provision for insurance

[ ] Tax returns missing

   [ ] State  - years _____

   [ ] Federal - years _____

[ ✓] No DSO certificate (Post-petition) _Nereida Lopez September 2010_

[ ] Evidence of income

   [ ] Missing      [ ] Incomplete

[ ] Stmt. of Current Monthly Income

   [ ] Incomplete  [ ] Missing

   [ ] Fails commitment period  [ ] Fails Disp. Income

[ ] Certificate of Credit briefing

   [ ] Missing  [ ] More than 180 days

   [ ] Issuer not certified by U.S.T.

[ ] Incomplete schedules

[ ] Incomplete S.O.F.A.

[ ] Other:

In re:

FELIPE A MARTINEZ ROSARIO

Case No.  10-06355-BKT

Chapter 13     Attorney Name:  JOSE PRIETO CARBALLO ESQ*

---

### VI. Plan                                                                 (Cont.)

Date: <u>July, 15, 2010</u>     Base $ <u>15,600.00</u>   [X]   Filed     Evidence of Pmt shown: _____

Payments <u>1</u> made out of _____ due.     [ ]   Not Filed

---

**VII. Confirmation Hearing Date: September, 17, 2010**

**VIII. Attorney's fees as per R. 2016(b)**

$3,000.00 - $ 456.00   = $ 2,544.00

---

### IX. Documents to be provided w/in _____ days

[ ] Amended schedules _____

[ ] Insurance estimate

_____

[ ] Assumption/Rejection executory contract

[ ] Appraisal _____

[ ] State tax returns years _____

[ ] Federal tax returns years _____

[ ] Correct SS # (Form B21)

  [ ] Debtor   [ ] Joint debtor

[ ] Amended S.O.F.A. _____

[ ] Amended plan

[ ] Business Documents

  [ ] Monthly reports for the months

[ ] Public Liability Insurance

  [ ] Premises_____

  [ ] Vehicle(s)_____

[ ] Licenses issued by:

[X] Other:
(1) *Provide copy of hearing minutes please held in local court a 8/01/10. establishing child support a $174*

---

[ ] M.T.D. to be filed by Trustee:  Debtor(s): [ ] failed to appear;  [ ] failed to commence payments;

[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____

[ ] Other:_____

---

### COMMENTS

*1) Provide evidence of renewal of driver's license 2) Provide DSO information for Nereida topez and evidence of being current w/ 2 child supports for confirmation 3) Provide statement under penalty of perjury of use of monies received around a year ago ($22,000) from inheritance of real property*

_____     Date: <u>August 17, 2010</u>
Trustee/Presiding Officer                         (Rev.

*5) Child support payments are of $273 monthly, AEE $90 AAA $0 and Mobil phone $0. 4) There is no child support with Iris Vanesa Mendez*