IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: 10-06355 BKT |
|---|---|
| FELIPE A MARTINEZ ROSARIO | Chapter 13 |
| Debtor(s) | |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to increase the base of the plan.

**WHEREFORE, it is** respectfully requests to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 6th day of December of 2010.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                     Case No. 10-06355-13

MARTINEZ ROSARIO, FELIPE A                      Chapter 13

                          Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____          ☑ AMENDED PLAN DATED: 12/06/2010
☐ PRE ☐ POST-CONFIRMATION          Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 260.00 x 30 = $ 7,800.00
$ 300.00 x 30 = $ 9,000.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 16,800.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 16,800.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,544.00

Signed: /s/ FELIPE A MARTINEZ ROSARIO
         Debtor

         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other: _____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL CONTINUE DIRECT PAYMENTS TO DSO RECIPIENT

Attorney for Debtor Jose Prieto                  Phone: (787) 607-2066

**CHAPTER 13 PAYMENT PLAN**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-06355-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Mon Jul 19 17:15:29 AST 2010 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ADVANCE AUTO PARTS<br>PO BOX 609<br>MEMPHIS, TN 38101-0609 |
| ASUME<br>APARTADO 71414<br>SAN JUAN, PR 00936-8514 | Aarons Sales And Lease Owners<br>362 LLORENS TORRES<br>ARECIBO, PR 00612 | Afni, Inc.<br>Po Box 3427<br>Bloomington, IL 61702-3427 |
| American General Finan<br>600 N Royal Ave<br>Evansville, IN 47715-2612 | COMMOLOCO<br>P O BOX 363769<br>SAN JUAN, PR 00936-3769 | MONEY EXPRESS<br>P O BOX 9146<br>SAN JUAN, PR 00908-0146 |
| MOVISTAR<br>P O BOX 7891<br>GUAYNABO, PR 00970-7891 | Nco Ptm/19<br>Pob 15391<br>Wilmington, DE 19850-5391 | RELIABLE FINANCIAL<br>P O BOX 21382<br>SAN JUAN, PR 00928-1382 |
| Ssc Coll Bur<br>189 Roger St<br>Blairsville, GA 30512-8508 | VERIZON<br>P O BOX 2800<br>LEHIGH VALLEY, PA 18002-8002 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS, CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 |
| FELIPE A MARTINEZ ROSARIO<br>JARDINES DE QUINTANA<br>APT 14<br>HATO REY, PR 00917 | JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 |

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17