IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

FELIPE A MARTINEZ ROSARIO

DEBTOR(S)

CASE 10-06355-BKT

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **August 17, 2010**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: 0.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: December 06, 2010     PLAN BASE: $16,800.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 12/7/2010

[ ] FAVORABLE         [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC § 1325(a)(6):
   Debtor to provide evidence of being current with DSO to Iris V. Mendoza.

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [ ] OTHER:

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$456.00/$2,544.00

Atty: JOSE PRIETO CARBALLO

/s/ Osmarie Navarro Martínez

Osmarie Navarro Martínez
USDC # 222611
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062